IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                            CR. NO. 4:04CR40002-001

RICHARD J. BURKE,
    Defendant.

  and

TYSON FOODS,
    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that, at the time of the service of the writ, the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due Defendant and that garnishee was indebted to Defendant.

On September 29, 2014, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay to Plaintiff the sum of twenty-five percent (25%) of the funds currently in its possession belonging to Defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States District Court Clerk and mailed to Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, AR 72901, and should include Defendant's name and court number as reference.

IT IS FURTHER ORDERED that the garnishment of earnings due from garnishee to Defendant shall be continuing in nature, and garnishee is directed to continue paying Plaintiff twenty-five percent (25%) of the earnings of Defendant, as such earnings become due, until garnishee has paid over the sum of $349,971.61 to Plaintiff or until the garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

IT IS SO ORDERED, this 22nd day of October, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge